Holly Sutherland, ISB #9521
3090 E. Gentry Way, STE 150
Meridian, ID 83642
Telephone: 208.524.3020
Facsimile:  208.524.2051
holly@averylaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-01121-JMM |
| | ) | |
| | ) | CHAPTER 13 |
| Anthony and Nicole DeMarco, | ) | |
| | ) | MOTION TO MODIFY CONFIRMED |
| | ) | PLAN AND NOTICE OF RIGHT |
| | ) | TO OBJECT |
| Debtors. | ) | |
| | ) | |

**Notice of Motion to Modify Confirmed Plan and Opportunity For a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of this objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**MOTION TO MODIFY CONFIRMED PLAN**

COMES NOW, Anthony and Nicole DeMarco, Debtors herein, by and through Holly Sutherland, counsel of record and hereby moves to modify their Chapter 13 Plan, confirmed on

September 8, 2020 (Dkt. No. 71).

1. Debtors filed for Chapter 7 bankruptcy relief on September 19, 2019. (Dkt. No. 1)

2. Debtors moved to convert their Chapter 7 to Chapter 13 on December 18, 2019 (Dkt No. 29), which this honorable court granted on January 10, 2020 (Dkt No. 39).

3. Debtors' Chapter 13 plan (Dkt No. 53) was confirmed on September 8, 2020. Debtors' Chapter 13 Plan provides for sixty (60) payments in the amount of $506.00 per month in addition to the turnover of net tax refunds.

3. The Trustee filed an Agreed Stipulation to provide periodic operating reports and summaries on July 9, 2021 (Dkt No. 73), which the court granted on July 12, 2021 (Dkt No. 74). Debtor has complied with the terms of this order.

4. The Trustee filed a Motion to Modify Debtors' Chapter 13 Plan on July 29, 2021 (Dkt No. 76) to increase Debtors' plan payments.

4. When Debtors filed this case, Debtor was employed at Boise River Fence, Inc. and also owned a business, Gatekeeper, LLC. Co-Debtor was employed at Silver Bridge CPAs as an account manager. According to Debtors' Amended Schedules I and J (Dkt No. 49), the combined household net income was $6,182.26 per month.

5. Debtor is no longer working for Boise River Fence LLC and is now operating Gatekeeper LLC full-time. Co-Debtor began working at Advanced Hardware Supply Inc., in July 2021. Debtors filed Supplemental Schedules I and J on August 30, 2021, (Dkt No.80). Debtor pays himself a monthly draw from his business in the amount of $3000.00 per month. The money is transferred from the business account to his personal checking account with the exception of May 2021, which Debtor took a draw in the amount of $4000.00. In Debtor's Supplemental Schedule I and J (Dkt No. 80), Debtor's business income reflects $3,700.00.

Although Debtor takes a $3,000.00 draw per month, he included $700.00 per month as additional income. The $700.00 per month additional income was added to include the portion of food and gas that unavoidably overlaps between Debtor's gasoline expense and lunch expenses. Debtor uses the same vehicle for business and personal use and often time buys himself lunch while at work. Debtors have done their best to limit the household food and transportation expense on Schedule J to those expenses incurred by the Co-Debtor and children and the Debtor's expenses while not at work. Debtors' supplemental schedules reflect a combined household net income of $5,933.51, which is a decrease of $248.75 per month.

6. Pursuant to 11 U.S.C. § 1329(a), the plan may be modified upon the request of the Debtors at any time before the completion of the plan. Debtors move to modify their confirmed plan to decrease plan payments from $506.00 per month to $250.00 per month beginning in September 2021 for the remaining term of the plan.

WHEREFORE, the Debtors respectfully request that this Court approve this Motion to Modify to reduce Debtors' plan payments from $506.00 per month to $250.00 per month beginning in September 2021. //end of text//

Dated this 30th day of August, 2021.

/s/ Holly Sutherland
Attorney for Debtors

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on August 30, 2021, I electronically filed the Debtors' Motion to Modify on the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam@kam13trustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above-mentioned was served on August 30, 2021, by first class mail, upon the attached list by mailing with the necessary postage affixed thereto:

/s/ Crystal Robertson

Nicole Elsabeth DeMarco
8917 S. Red Delicious Ave
Kuna, ID 83634-5302

Anthony Albert DeMarco
8917 S. Red Delicious Ave
Kuna, ID 83634-5302

A I Distributers
PO Box 1999
Billings, MT 59103-1999

A-1 Towing
PO Box 1045
Meridian, ID 83680-1045

AT T
PO Box 989045
West Sacramento, CA 95798

Acuity A
2800 S Taylor Dr
Sheboygan, WI 53081-8474

American Express
Box 0001
Los Angeles, CA 90096-0001

American Tire Distributors
PO Box 889
Huntersville, NC 28070-0889

Angell Holdings LLC
100 N. 9th Street STE 200
Boise, ID 83702-5731

Autonet TV Media
13867 S. bangester Pkwy STE
Draper, UT 84020-5319

Autozone Inc
PO Box 791409
Baltimore, MD 21279-1409

Biehl  Biehl
P.O. Box 87410
Carol Stream, IL 60188-7410

CEP America
PO Box 582663
Moedsto, CA 95358-0070

Cap Educ FCU
PO Box 570
Meridian, ID 83680-0570

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Chevron
PO Box 965015
Orlando, FL 32896-5015

Cintas Corporation
2302 E. Railroad St
ID 83687-4940

Collection Bureau Inc
PO Box 1219
Nampa, ID 83653-1219

Commercial Collectors INC
PO Box 337
Montrose, MN 55363-0337

Commerial Tire
PO Box 970
Meridian, ID 83680-0970

DMC Sales  Supply
POB xo 2206
Idaho Falls, ID 83403

Department of Education/Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501-2505

Factory Motor Parts
PO Box 9107
Minneapolis, MN 55480-9107

Gauge Repair Specialist
PO Box 7158
Meridian, ID 83680

Hartwell Corp
PO BOX 400
Caldwell, ID 83606-0400

IDEA Inc.
1 Idea Way
Caldwell, ID 83605-6999

IRS
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

Idaho Department Of Labor
317 W Main Street
Boise, ID 83735-0730

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

Idaho Transmission
PO Bo x 50048
Idaho Falls, ID 83402

Identifix
10808 S River Front Parkway
Ste 500
South Jordan, UT 84095-5761

(p)INTERMOUNTAIN GAS COMPANY
PO BOX 5600
BISMARCK ND 58506-5600

Keybank
PO Box 94968
Cleveland, OH 44101-4968

Lithia MOtors
PO Box 4186
Portland, OR 97208-4186

Loan Care Servicing
Attn: Consumer Solutions Dept
Po Box 8068
Virginia Beach, VA 23450-8068

Meineke Franchisor SPV
440 S. Church ST 700
Charlotte, NC 28202-2059

Merchant Services
8500 Governors Hill
Cincinnati, OH 45249-1384

NAPA
PO Box 1425
Twin Falls, ID 83303-1425

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773-9640

Navient Solutions, LLC.
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

Navitas Credit Corp
201 Executive Center Dr Ste 100
Columbia SC 29210-8410

Navitas Credit Corp
PO Box 935204
Atlanta, GA 31193-5204

Nicole and Case White
12625 S. Five Mile
Kuna, ID 83634-2661

O'Reilly Auto Parts
3 Eastern Oval
Ste. 310
Columbus, OH 43219-6011

Pestcom Pest Management
6267 W. Joplin Rd
Nampa, ID 83687-8113

Pioneer Federal Credit Union
850 E Fairview Ave
Meridian, ID 83642-1806

Sterns Bank
9225 E. Shea Blvd
Scottsdale, AZ 85260-6713

Stone and Saunders
1391 W. 5th Ave. Ste 226
Columbus, OH 43212-2902

Team Allied
PO Box 399183
San Francisco, CA 94139-9183

Tire Disposal   Recycling
PO Box 398796
San Francisco, CA 94139-8796

Travelers-Hartwell Corp
PO Box 660317
Dallas, TX 75266-0317

Treasure Valley Coffee
11875 President Dr
Boise, ID 83713-8976

World's Foremost Bank
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521-4463

Vantiv ISO Inc
8500 Voermors Hill Dr 1GH2X2
Cincinnati, OH 45249

Vonage
PO Box 551268
Jacksonville, FL 32255-1268

Wells Fargo Visa
PO Box 51193
Los Angeles, CA 90051-5493